Submitted on record and briefs January 11, reversed and remanded
February 8, 1995

In the Matter of Tamar Stern,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

TAMAR STERN,
*Appellant.*

(9402-95318; CA A83204)

889 P2d 919

Larry J. Blake, Jr., filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Kristin N. Preston, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).